Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **DR Innovations LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**Restore Hyperwellness Wichita**

**Restore Cryotherapy**

**Restore Hyperwellness**

**Restore Hyper Wellness + Cryotherapy**

**3. Debtor's federal Employer Identification Number (EIN)**

__8__ __4__ – __2__ __0__ __3__ __5__ __0__ __1__ __4__

**4. Debtor's address**

**Principal place of business**

**10096 E 13th St N Ste 138**
Number        Street

**Wichita, KS 67206-2657**
City                                State      ZIP Code

**Sedgwick**
County

**Mailing address, if different from principal place of business**

**129 S Dellrose Ave**
Number        Street

**Wichita, KS 67218-1409**
City                                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                                State      ZIP Code

**5. Debtor's website (URL)**

**https://www.restore.com/locations/ks-wichita-east-ks001**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **8   1   2   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

          District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

          District _____ When _____
                                        MM / DD / YYYY

          Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| |      Number      Street |
| | _____ |
| | City               State     ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| |          Contact name _____ |
| |          Phone _____ |

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/18/2025__
MM/ DD/ YYYY

X __/s/ Jeffrey L. Drake__                    __Jeffrey L. Drake__
Signature of authorized representative of debtor          Printed name

Title __Managing Member__

**18. Signature of attorney**

X __/s/ January M Bailey__          Date __08/18/2025__
Signature of attorney for debtor                    MM/ DD/ YYYY

__January M Bailey__
Printed name

__Prelle Eron & Bailey, P.A.__
Firm name

__301 N Main St Ste 2000__
Number          Street

__Wichita__                    __KS__          __67202-4820__
City                              State          ZIP Code

__(316) 262-5500__                    __january@eronlaw.net__
Contact phone                         Email address

__23926__                              __KS__
Bar number                            State

Fill in this information to identify the case:

Debtor name **DR Innovations LLC**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Emprise Bank<br>Attn Officer<br>257 N Broadway St<br>Wichita, KS 67202-0000 | | Agreement | | $685,303.40 | $71,366.49 | $685,303.40 |
| 2 | Emprise Bank<br>Attn Officer<br>257 N Broadway St<br>Wichita, KS 67202-0000 | | Agreement | | $309,786.33 | $71,366.49 | $309,786.33 |
| 3 | Austin Cryo Ventures<br>3601 S Congress Ave Suite C200<br>Austin, TX 78704 | | Franchise Agreement | Disputed | | | $230,085.00 |
| 4 | David Brown DDS<br>13310 E Mainsgate St Ste B<br>Wichita, KS 67228-8077 | | Unsecured Loan | Disputed | | | $140,000.00 |
| 5 | Emprise Bank<br>Attn Officer<br>257 N Broadway St<br>Wichita, KS 67202-0000 | | Agreement | | $208,289.07 | $81,366.49 | $136,922.58 |
| 6 | Restore Franchising LLC<br>4301 W William Cannon Dr Bldg 2 Ste B146<br>Austin, TX 78749 | | Franchise Agreement | Disputed | | | $63,783.19 |
| 7 | BCA Capital Partners LLC<br>Attn Officer or Agent<br>Registered Agents Inc 116 Agnes Rd Ste 200<br>Knoxville, TN 37919 | | Agreement | Disputed | | | $62,905.00 |
| 8 | 168th and Dodge LP<br>PO Box 92277<br>Las Vegas, NV 89193-2277 | | Commercial Lease | Disputed | | | $61,875.89 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Lendronline LLC<br>Attn Officer or Agent Timothy Roach<br>670 N Clark St Ste 200<br>Chicago, IL 60654-0000 | | Agreement | | | | $33,002.64 |
| 10  Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | Credit Card | Disputed | | | $31,217.35 |
| 11  Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | Credit Card | Disputed | | | $30,043.66 |
| 12  Emprise Bank<br>Attn Officer<br>257 N Broadway St<br>Wichita, KS 67202-0000 | | Agreement | | $20,095.07 | $71,366.49 | $20,095.07 |
| 13  Waterfront Commercial Properties LLC<br>1223 N Rock Rd Bldg H Ste 200<br>Wichita, KS 67206 | | Lease | Disputed | | | $17,850.00 |
| 14  RKL LLP<br>1800 Fruitville Pike<br>Lancaster, PA 17601-0000 | | Business Goods and Services | Disputed | | | $15,440.00 |
| 15  Pleasant Ridge Town Center LLC<br>11601 Pleasant Ridge Rd Ste 30<br>Little Rock, AR 72212-0000 | | Commercial Lease | Disputed | | | $11,068.86 |
| 16  NCMIC Finance Corporation<br>Attn Officer or Agent Corporation Service Company<br>1100 SW Wanamaker Rd Ste 103<br>Topeka, KS 66604 | | Agreement | Disputed | $15,295.76 | $8,000.00 | $7,295.76 |
| 17  Martin Leasing Corp dba PEAC Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054 | | PMSI | Disputed | $8,000.00 | $2,000.00 | $6,000.00 |
| 18  Fleeson Gooing<br>Attorneys at Law<br>PO Box 997<br>Wichita, KS 67201-0997 | | Business Goods and Services | Disputed | | | $3,025.00 |
| 19  Gross Welch Marks Clare<br>1500 Omaha Tower<br>2120 S 72nd St<br>Pratt, KS 67124 | | Business Goods and Services | Disputed | | | $2,848.85 |
| 20  Amtrust Financial Services Inc<br>59 Maiden Ln 42nd Fl<br>New York, NY 10038 | | Business Goods and Services | Disputed | | | $2,374.00 |

Debtor Name     **DR Innovations LLC**

United States Bankruptcy Court for the: District of     **Kansas**
                                                         (State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Emprise Bank** | **Checking account** | **3 0 2 8** | $257.28 |
| 3.2. | **Emprise Bank** | **Checking account** | **4 0 1 4** | $70.59 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____     _____
   4.2 _____     _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $327.87 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

7.1 __Waterfront Commercial Properties__           $3,966.67

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

  Description, including name of holder of prepayment

  8.1 _____   _____

  8.2 _____   _____

9. **Total of Part 2**                 $3,966.67

  Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.

  ☑ Yes. Fill in the information below.

                       **Current value of debtor's interest**

11. **Accounts receivable**

  11a. 90 days old or less:  __$7,759.40__ - __$0.00__  =.....➡   $7,759.40
            face amount   doubtful or uncollectible accounts

  11b. Over 90 days old:  _____ - _____ =.....➡  _____
            face amount   doubtful or uncollectible accounts

12. **Total of Part 3**                 $7,759.40

  Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

  ☑ No. Go to Part 5.

  ☐ Yes. Fill in the information below.

                **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

  Name of fund or stock:

  14.1 _____  _____  _____

  14.2 _____  _____  _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

  Name of entity:          % of ownership:

  15.1. _____ _____  _____  _____

  15.2. _____ _____  _____  _____

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **2**

Case 25-10864   Doc# 1   Filed 08/18/25   Page 8 of 58

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | _____ |

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** Inventory - Medical & Aesthetic Supplies | 08/14/2025 MM / DD / YYYY | $11,569.27 | Replacement | $13,591.72 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    | $13,591.72 |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

[ _____ ]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Office Furniture/Appliances | $900.00 | Comparable sale | $900.00 |
| **40.** **Office fixtures** | | | |
| Signage | unknown | Comparable sale | $500.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Hydrafacial MD Elite and Cryoskin 3.0 | unknown | | $8,000.00 |
| Equipment with No PMSI - See Attached List | unknown | | $34,650.00 |
| Office Computers | $800.00 | Comparable sale | $800.00 |
| Inbody Scanner | unknown | | $2,000.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    | $46,850.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |

| | QUESTION 41 - EQUIPMENT WITH NO PMSI | | |
|---|---|---|---|
| 1 | Hydrafacial MD Elite and accessories | $ | 4,000.00 |
| 1 | OxyFlow Sitting Chamber w A/C | $ | 3,000.00 |
| 1 | Cryoskin 3.0 and all accessories | $ | 4,000.00 |
| 1 | Artic Whole Body Cryotherapy Hyperberic | $ | 7,500.00 |
| 2 | Oxyhealth Vitaeris 320 | $ | 5,000.00 |
| 1 | Platinum LED Quad Biomax 900 | $ | 4,000.00 |
| 1 | Platinum LED Biomax 300 | $ | 100.00 |
| 1 | Normatec Compression | $ | 1,000.00 |
| 1 | Cryoscience Penquin | $ | 4,000.00 |
| 6 | Clearlight Jacuzzi Sanctuary 2 | $ | 1,000.00 |
| 3 | Loungers | $ | 300.00 |
| | Massage Chairs | $ | 750.00 |
| | | $ | 34,650.00 |

| | | | |
|---|---|---|---|
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |

55.6 _____    _____    _____    _____    _____

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| Franchise through Restore Franchising LLC | $25,675.00 | Unamortized value per tax returns | $12,837.50 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer List | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.    | $12,837.50 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No

    ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = ➡ _____
　　　　　　　　　　　　　Total face amount　　doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ _____

_____ Tax year _____ _____

_____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

**The Hanover Insurance Group - Workers Compensation and Employer's Liability Insurance Policy**　　　$0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

**Nature of claim** _____

**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____     _____

    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.      | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $327.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,966.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,759.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,591.72 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $46,850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*......................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $12,837.50 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........91a. | $85,333.16 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................... | | $85,333.16 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

__BCA Capital Partners LLC__

**Creditor's mailing address**

__Attn Officer or Agent__

__Registered Agents Inc 116 Agnes Rd Ste 200__

__Knoxville, TN 37919__

**Creditor's email address, if known**

_____

**Date debt was incurred** __10/2024__

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

__Agreement__

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$62,905.00**   Column B: **unknown**

**Remarks:** UCC Filed 3/4/25: Future Sales
Debtor believes that this payoff includes payoff of loan issued to DR Innovations AR LLC.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,342,677.27**

| Debtor | DR Innovations LLC | | Case number (if known) _____ |
| --- | --- | --- | --- |
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
| --- | --- | --- | --- |

**2.2**

**Creditor's name**

**Emprise Bank**

**Creditor's mailing address**

**Attn Officer**

**257 N Broadway St**

**Wichita, KS 67202-0000**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **2/14/2020**

**Last 4 digits of account**   **4  4  8  5**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** All Assets

**Describe debtor's property that is subject to a lien**

Emprise Bank, Emprise Bank, Stripe, Inventory - Medical & Aesthetic Supplies, Office Computers, Office Furniture/Appliances, Signage, Equipment with No PMSI - See Attached List, Franchise through Restore Franchising LLC, Hydrafacial MD Elite and Cryoskin 3.0, Inbody Scanner

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Column A:** $208,289.07

**Column B:** $81,366.49

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**Emprise Bank**

Creditor's mailing address

**Attn Officer**

**257 N Broadway St**

**Wichita, KS 67202-0000**

Creditor's email address, if known

_____

Date debt was incurred     **9/3/2021**

Last 4 digits of account number     **4 4 4 1**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Remarks:** All Assets

Describe debtor's property that is subject to a lien

Emprise Bank, Emprise Bank, Stripe, Inventory - Medical & Aesthetic Supplies, Office Computers, Office Furniture/Appliances, Signage, Equipment with No PMSI - See Attached List, Franchise through Restore Franchising LLC

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$685,303.40**      **$71,366.49**

| Debtor | DR Innovations LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4**

**Creditor's name**

Emprise Bank

**Creditor's mailing address**

Attn Officer

257 N Broadway St

Wichita, KS 67202-0000

**Creditor's email address, if known**

**Date debt was incurred** 2/14/2020

**Last 4 digits of account number** 4 6 9 8

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Remarks:** All Assets

**Describe debtor's property that is subject to a lien**

Emprise Bank, Emprise Bank, Stripe, Office Computers, Inventory - Medical & Aesthetic Supplies, Office Furniture/Appliances, Signage, Equipment with No PMSI - See Attached List, Franchise through Restore Franchising LLC

$20,095.07     $71,366.49

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**Emprise Bank**

Creditor's mailing address

**Attn Officer**

**257 N Broadway St**

**Wichita, KS 67202-0000**

Creditor's email address, if known

_____

Date debt was incurred          **9/3/2021**

Last 4 digits of account          **4  4  3  3**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.2__

**Remarks:** All Assets

Describe debtor's property that is subject to a lien

Emprise Bank, Emprise Bank, Stripe, Inventory - Medical & Aesthetic Supplies, Office Computers, Office Furniture/Appliances, Signage, Equipment with No PMSI - See Attached List, Franchise through Restore Franchising LLC

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$309,786.33**          **$71,366.49**

| Part 1: | Additional Page | Column A | Column B |
|---------|----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.6** Creditor's name

**Lendronline LLC**

Describe debtor's property that is subject to a lien

$33,002.64        unknown

Creditor's mailing address

**Attn Officer or Agent**
**Timothy Roach**

**670 N Clark St Ste 200**

**Chicago, IL 60654-0000**

Describe the lien

**Agreement**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred        **9/2024**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Future Receipts

Debtor **DR Innovations LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.7** Creditor's name

**Martin Leasing Corp dba PEAC Solutions**

Creditor's mailing address

**300 Fellowship Rd**

**Mount Laurel, NJ 08054**

Creditor's email address, if known

_____

Date debt was incurred     **7/1/24**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Remarks:** Unclear if creditor filed a UCC

Describe debtor's property that is subject to a lien

Inbody Scanner

Describe the lien

**PMSI**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$8,000.00**     Column B: **$2,000.00**

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **7** of **11**

Case 25-10864    Doc# 1    Filed 08/18/25    Page 23 of 58

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.8 Creditor's name**

__NCMIC Finance Corporation__

**Describe debtor's property that is subject to a lien**

Hydrafacial MD Elite and Cryoskin 3.0

**Amount of claim:** $15,295.76

**Value of collateral:** $8,000.00

**Creditor's mailing address**

__Attn Officer or Agent__
__Corporation Service Company__

__1100 SW Wanamaker Rd Ste 103__

__Topeka, KS 66604__

**Describe the lien**

__Agreement__

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** __10/2021__

**Last 4 digits of account number** __0  2  2  2__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.2__

| Part 1: | Additional Page |
|---------|-----------------|

**2.2** Creditor's name

**Emprise Bank**

**Specify each creditor, including this creditor, and its relative priority.**

For Emprise Bank: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Emprise Bank: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Stripe: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Inventory - Medical & Aesthetic Supplies: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Office Computers: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Office Furniture/Appliances: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Signage: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Equipment with No PMSI - See Attached List: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Franchise through Restore Franchising LLC: **1) Emprise Bank**; 2) Emprise Bank; 3) Emprise Bank; 4) Emprise Bank; For Hydrafacial MD Elite and Cryoskin 3.0: 1) NCMIC Finance Corporation; **2) Emprise Bank**; For Inbody Scanner: 1) Martin Leasing Corp dba PEAC Solutions; **2) Emprise Bank**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| **BCA Capital Partners LLC** <br> **100 Oceanside Dr** <br> **Nashville, TN 37204-2351** | Line 2. **1** | ___ ___ ___ ___ |
| **Marcella Rabinovich** <br> **Attorney at Law** <br> **100 Merrick Rd Ste 212** <br> **Rockville Centre, NY 11570** | Line 2. **1** | ___ ___ ___ ___ |
| **US Small Business Administration** <br> **District Counsel** <br> **10675 Bedford Ave Ste 100** <br> **Omaha, NE 68134-3605** | Line 2. **2** | ___ ___ ___ ___ |
| **Morris Laing Law Firm** <br> **Attn Karl Swartz** <br> **300 N Mead Ste 200** <br> **Wichita, KS 67202** | Line 2. **2** | ___ ___ ___ ___ |
| **US Attorney Wichita** <br> **301 N Main** <br> **1200 Epic Center** <br> **Wichita, KS 67202** | Line 2. **2** | ___ ___ ___ ___ |
| **US Small Business Administration** <br> **District Counsel** <br> **10675 Bedford Ave Ste 100** <br> **Omaha, NE 68134-3605** | Line 2. **3** | ___ ___ ___ ___ |
| **Morris Laing Law Firm** <br> **Attn Karl Swartz** <br> **300 N Mead Ste 200** <br> **Wichita, KS 67202** | Line 2. **3** | ___ ___ ___ ___ |
| **US Attorney Wichita** <br> **301 N Main** <br> **1200 Epic Center** <br> **Wichita, KS 67202** | Line 2. **3** | ___ ___ ___ ___ |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Morris Laing Law Firm** **Attn Karl Swartz** **300 N Mead Ste 200** **Wichita, KS 67202** | Line 2. __4__ | ___ ___ ___ ___ |
| **US Small Business Administration** **District Counsel** **10675 Bedford Ave Ste 100** **Omaha, NE 68134-3605** | Line 2. __5__ | ___ ___ ___ ___ |
| **Morris Laing Law Firm** **Attn Karl Swartz** **300 N Mead Ste 200** **Wichita, KS 67202** | Line 2. __5__ | ___ ___ ___ ___ |
| **US Attorney Wichita** **301 N Main** **1200 Epic Center** **Wichita, KS 67202** | Line 2. __5__ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name      **DR Innovations LLC**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

Alyna Matthews

12325 W Lynndale St

Wichita, KS 67235-1042

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2**   **Priority creditor's name and mailing address**

Brian Schmitz

7356 E Gabriel St

Bel Aire, KS 67226-7682

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 1 of 17

| Debtor | DR Innovations LLC | Case number (if known) |
|--------|--------------------|-----------------------|
|        | Name               |                       |

### 2.3

**Priority creditor's name and mailing address**

Cienna Holland

2145 E 12th

Wellington, KS 67152

Date or dates debt was incurred

Last 4 digits of account

number —— —— —— ——

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown          $0.00

---

### 2.4

**Priority creditor's name and mailing address**

Delaney Davis

712 S Belmont St

Wichita, KS 67218

Date or dates debt was incurred

Last 4 digits of account

number —— —— —— ——

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown          unknown

---

### 2.5

**Priority creditor's name and mailing address**

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account

number —— —— —— ——

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00          $0.00

| Part 1: | Additional Page |
|---------|-----------------|

**2.6** Priority creditor's name and mailing address

**Kailee Stucky**

**7272 E 37th St N Apt 409**

**Wichita, KS 67226**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.7** Priority creditor's name and mailing address

**Kansas Department of Labor**

**Attn Legal Services**

**401 SW Topeka Blvd**

**Topeka, KS 66603-3182**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00            $0.00

---

**2.8** Priority creditor's name and mailing address

**Kansas Dept of Revenue**

**Civil Tax Enforcement**

**PO Box 12005**

**Topeka, KS 66601-2005**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Tax Debt

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$1,937.89        $1,937.89

| Debtor | DR Innovations LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 1:</td><td>Additional Page</td></tr>
</table>

**2.9** | Priority creditor's name and mailing address

Kelly Mellinger

9804 E 19th St N

Wichita, KS 67206

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.10** | Priority creditor's name and mailing address

Lauren Light

600 W Slate St

Andover, KS 67002

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.11** | Priority creditor's name and mailing address

Lucia Galindo

4723 N Armstrong

Wichita, KS 67204

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**Part 1:**   Additional Page

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**2.12**

Priority creditor's name and mailing address

**Macey Chinn**

**1128 Ohio St**

**Augusta, KS 67010-1553**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown                              unknown

**2.13**

Priority creditor's name and mailing address

**Makayla Ehnke**

**2201 E MacArthur Rd Lot C5**

**Wichita, KS 67216**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown                              unknown

**2.14**

Priority creditor's name and mailing address

**Marianna Hodge**

**9425 W Central Ave**

**Wichita, KS 67212-3838**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown                              unknown

| Part 1: | Additional Page |
| --- | --- |

**2.15** | Priority creditor's name and mailing address

**Nancy Ortiz**

**1819 Drollinger St**

**Wichita, KS 67218-4705**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            unknown

**2.16** | Priority creditor's name and mailing address

**Sarah Ortiz**

**1621 N Kentucky Ln**

**Wichita, KS 67235**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            unknown

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**168th and Dodge LP**

**PO Box 92277**

**Las Vegas, NV 89193-2277**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Commercial Lease**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$61,875.89**

---

**3.2** Nonpriority creditor's name and mailing address

**AFCO**

**150 N Field Drive Ste 190**

**Lake Forest, IL 60045**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** owed by DR Innovations AR LLC
Balance $2,813.22

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Airgas USA LLC**

**31 N Peoria Ave**

**Saint Charles, AR 72140**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** owed by DR Innovations AR LLC
Balance $27,659.71

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

**3.4** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **2  0  0  1**

**Remarks:** owed by DR Innovations AR LLC and Andrew Roy
Balance $7525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

| Debtor | DR Innovations LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** Nonpriority creditor's name and mailing address

**American Express**

PO Box 6031

Carol Stream, IL 60197-6031

Date or dates debt was incurred     **Various**

Last 4 digits of account number    **2 0 0 7**

Remarks: owed by DR Innovations AR LLC and Andrew Roy
     Balance $29,883.53

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Amtrust Financial Services Inc**

59 Maiden Ln 42nd Fl

New York, NY 10038

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     $2,374.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Austin Cryo Ventures**

3601 S Congress Ave Suite C200

Austin, TX 78704

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Remarks:
$92,095.55 of balance is for debtor. Remaining balance is owed
by DR Innovations AR LLC.

As of the petition filing date, the claim is:     $230,085.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Franchise Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Bank of America**

PO Box 15796

Wilmington, DE 19886-5796

Date or dates debt was incurred     **Various**

Last 4 digits of account number    **2 2 0 5**

Remarks: owed by DR Innovations AR LLC
     Balance $12,419.71

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 8 of 17

Case 25-10864    Doc #    Filed 09/16/25    Page 35 of 58

| Debtor | DR Innovations LLC | | Case number *(if known)* _____ |
|--------|-------------------|--|--------------------------------------|
| | Name | | |

---

**3.9**

Nonpriority creditor's name and mailing address

**Benton County Collector**

**2113 W Walnut St**

**Rogers, AR 72756**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    __ __ __ __

Remarks:
Bill is addressed to DR Innovations Restore Cryotherapy.
Should be owed solely by DR Innovations AR LLC, balance
$3,598.77

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.10**

Nonpriority creditor's name and mailing address

**Chase**

**PO Box 6294**

**Carol Stream, IL 60197-6294**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **7 2 7 7**

Remarks: owed by DR Innovations AR LLC and Andrew Roy
Balance $8266.79

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.11**

Nonpriority creditor's name and mailing address

**Citi**

**Citibusiness Card**

**PO Box 4175**

**Carol Stream, IL 60197-4175**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **2 4 5 8**

Remarks: owed by DR Innovations AR LLC and Andrew Roy
Balance $1662.46

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.12**

Nonpriority creditor's name and mailing address

**David Brown DDS**

**13310 E Mainsgate St Ste B**

**Wichita, KS 67228-8077**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Unsecured Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$140,000.00

---

| Debtor | DR Innovations LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Do More NWA LLC**

**14058 Sugar Creek Rd**

**Rogers, AR 72756-0000**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Elan Financial Services**

**PO Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred **Unknown**

Last 4 digits of account number **0   1   9   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,043.66

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Elan Financial Services**

**PO Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred **Unknown**

Last 4 digits of account number **4   4   9   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,217.35

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Elan Financial Services**

**PO Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred **Unknown**

Last 4 digits of account number **4   6   3   9**

Remarks: owed by DR Innovations AR LLC
Balance $21,098.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.17** Nonpriority creditor's name and mailing address

__Elan Financial Services__

__PO Box 790408__

__Saint Louis, MO 63179-0408__

Date or dates debt was incurred    __Various__

Last 4 digits of account number    __4__ __6__ __2__ __1__

Remarks: owed by DR Innovations AR LLC and Jeffrey Drake
Balance $19,313.96

As of the petition filing date, the claim is:    $0.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

__Fleeson Gooing__

__Attorneys at Law__

__PO Box 997__

__Wichita, KS 67201-0997__

Date or dates debt was incurred    __Various__

Last 4 digits of account number    __0__ __0__ __0__ __5__

As of the petition filing date, the claim is:    $3,025.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Business Goods and Services__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

__Gross Welch Marks Clare__

__1500 Omaha Tower__

__2120 S 72nd St__

__Pratt, KS 67124__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $2,848.85
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Business Goods and Services__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

__Julian Guerra__

__15315 W Talopa Circle__

__Goddard, KS 67052-0000__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $0.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Midwest Single Source**

**PO Box 49380**

**Wichita, KS 67201-0000**

Date or dates debt was incurred    **Unknown**

Last 4 digits of account number    **7 1 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$980.55

---

**3.22** Nonpriority creditor's name and mailing address

**Pleasant Ridge Town Center LLC**

**11601 Pleasant Ridge Rd Ste 30**

**Little Rock, AR 72212-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    ___ ___ ___ ___

Remarks:
Lease is under DR Innovations AR LLC, however most recent amendment to lease mistakenly lists as DR Innovations LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Commercial Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$11,068.86

---

**3.23** Nonpriority creditor's name and mailing address

**Pulaski County Treasurer**

**201 S Broadway Ste 150**

**Little Rock, AR 72201**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: should be owed only by DR Innovations AR LLC
Balance $1,331.21

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.24** Nonpriority creditor's name and mailing address

**Questec Arkansas LLC**

**1215 B ESI Dr**

**Springdale, AR 72764**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks:
Bill says Restore Hyper Wellness & Cryotherapy, but debt should be owed solely by DR Innovations AR LLC
Balance $1,512.92

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

## Part 2: Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,783.19 |
|---|---|---|---|

**Restore Franchising LLC**

4301 W William Cannon Dr Bldg 2 Ste B146

Austin, TX 78749

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Franchise Agreement__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:**
Debtor believes this amount is duplicative of the amount owed to Austin Cryo Ventures.

---

| 3.26 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**RKL LLP**

1800 Fruitville Pike

Lancaster, PA 17601-0000

Date or dates debt was incurred __Unknown__

Last 4 digits of account number __2__ __9__ __2__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Business Goods and Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** owed by DR Innovations AR LLC
                    Balance: $830.00

---

| 3.27 | Nonpriority creditor's name and mailing address | | $15,440.00 |
|---|---|---|---|

**RKL LLP**

1800 Fruitville Pike

Lancaster, PA 17601-0000

Date or dates debt was incurred __Unknown__

Last 4 digits of account number __7__ __2__ __7__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Business Goods and Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | | $902.74 |
|---|---|---|---|

**Surency Life and Health**

PO Box 843810

Kansas City, MO 64184-3810

Date or dates debt was incurred __Unknown__

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Business Goods and Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Part 2: | Additional Page |

---

**3.29** **Nonpriority creditor's name and mailing address**

**The District Shops LLC**

**14000 Kirk Rd Ste 110**

**Little Rock, AR 72223-0000**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Commercial Lease**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00

---

**3.30** **Nonpriority creditor's name and mailing address**

**Waterfront Commercial Properties LLC**

**1223 N Rock Rd Bldg H Ste 200**

**Wichita, KS 67206**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Lease**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$17,850.00

---

**3.31** **Nonpriority creditor's name and mailing address**

**WebBank**

**Attn Officer**

**215 S State St Ste 1000**

**Salt Lake City, UT 84111-0000**

Date or dates debt was incurred        **1/2025**

Last 4 digits of account number        ___ ___ ___ ___

**Remarks:**
This loan is owed by DR Innovations AR LLC. Debtor does not believe it is obligated on this loan. Balance $74,486.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Agreement**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00

---

| Debtor | DR Innovations LLC | Case number *(if known)* _____ |
|--------|-------------------|------------------------------------------|
|        | Name              |                                          |

<div style="background:black;color:white;padding:2px">Part 3:</div> List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 **Commercial Acceptance Company** <br> **2300 Gettysburg Rd Ste 102** <br> **Camp Hill, PA 17011-0000** | Line **3.26** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Commercial Acceptance Company** <br> **2300 Gettysburg Rd Ste 102** <br> **Camp Hill, PA 17011-0000** | Line **3.27** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Corporation Service Company** <br> **PO Box 2576** <br> **Springfield, IL 62708-0000** | Line **3.31** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Corporation Service Company** <br> **1100 SW Wanamaker Rd Ste 103** <br> **Topeka, KS 66604-0000** | Line **3.31** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Credit Control LLC** <br> **PO Box 488** <br> **Hazelwood, MO 63042-0000** | Line **3.14** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **Credit Control LLC** <br> **PO Box 488** <br> **Hazelwood, MO 63042-0000** | Line **3.15** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **Credit Control LLC** <br> **PO Box 488** <br> **Hazelwood, MO 63042-0000** | Line **3.16** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

**Part 3:** Additional Page

| 4.8 | **Elan Financial Services** | Line **3.16** |
| | **PO Box 108** | ☐ Not listed. Explain _____ |
| | **Saint Louis, MO 63166-0108** | _____ |

| 4.9 | **McGrath North Mullin & Kratz PC LLO** | Line **3.1** |
| | **1601 Dodge St Ste 3700** | ☐ Not listed. Explain _____ |
| | **Omaha, NE 68102** | _____ |

| 4.10 | **RMP Attorneys at Law** | Line **3.22** |
| | **11601 Pleasant Ridge Rd Ste 10** | ☐ Not listed. Explain _____ |
| | **Little Rock, AR 72212-0000** | _____ |

| 4.11 | **Sunrise Credit Services Inc** | Line **3.14** |
| | **PO Box 9004** | ☐ Not listed. Explain _____ |
| | **Melville, NY 11747-9004** | _____ |

| 4.12 | **Sunrise Credit Services Inc** | Line **3.16** |
| | **PO Box 9004** | ☐ Not listed. Explain _____ |
| | **Melville, NY 11747-9004** | _____ |

| 4.13 | **Webbank** | Line **3.31** |
| | **c/o CAN Capital Inc** | ☐ Not listed. Explain _____ |
| | **1850 Parkway Pl Ste 1150** | _____ |
| | **Marietta, GA 30067-0000** | |

Debtor  **DR Innovations LLC**
_____
　　　　　Name

Case number *(if known)* _____

5.　　**Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$1,937.89** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$611,495.09** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$613,432.98** |

Debtor name    **DR Innovations LLC**

United States Bankruptcy Court for the: District of    **Kansas**

(State)

Case number (If known): _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest **nitrogen tanks** | **Airgas USA LLC** |
| | **31 N Peoria Ave** |
| State the term remaining **0 months** | **Saint Charles, AR 72140** |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest **Monthly Accounting Services** | **Ceterus** |
| | **804 Meeting Street** |
| State the term remaining **0 months** | **Charleston, SC 29403** |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest **Franchise Agreement** | **Restore Franchising LLC** |
| | **4301 W William Cannon Dr Bldg 2 Ste B146** |
| State the term remaining **0 months** | **Austin, TX 78749** |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest **10096 E 13th, Ste 138** | **Waterfront Commercial Properties LLC** |
| | **1223 N Rock Rd Bldg H Ste 200** |
| State the term remaining **0 months** | **Wichita, KS 67206** |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor name **DR Innovations LLC**

United States Bankruptcy Court for the: District of **Kansas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Amanda Roy** | **1818 E Elk Ridge Ave**<br>Street<br><br>**Goddard, KS 67052**<br>City          State          ZIP Code | **168th and Dodge LP** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Andrew Roy** | **1818 E Elk Ridge Ave**<br>Street<br><br>**Goddard, KS 67052**<br>City          State          ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Waterfront Commercial Properties LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Citi** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Elan Financial Services** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Emprise Bank** | ☑ D ☐ E/F ☐ G |
| | | **168th and Dodge LP** | ☐ D ☑ E/F ☐ G |
| | | **Pleasant Ridge Town Center LLC** | ☐ D ☑ E/F ☐ G |
| | | **WebBank** | ☐ D ☑ E/F ☐ G |
| | | **Lendronline LLC** | ☑ D ☐ E/F ☐ G |
| | | **Emprise Bank** | ☑ D ☐ E/F ☐ G |
| | | **Emprise Bank** | ☑ D ☐ E/F ☐ G |
| | | **Restore Franchising LLC** | ☐ D ☑ E/F ☐ G |
| | | **BCA Capital Partners LLC** | ☑ D ☐ E/F ☐ G |
| | | **Waterfront Commercial Properties LLC** | ☐ D ☑ E/F ☐ G |
| | | **NCMIC Finance Corporation** | ☑ D ☐ E/F ☐ G |
| 2.3 **DR Innovations AR LLC** | **129 S Dellrose Ave** <br> Street <br><br> **Wichita, KS 67218-1409** <br> City    State    ZIP Code | **American Express** | ☐ D ☑ E/F ☐ G |
| | | **American Express** | ☐ D ☑ E/F ☐ G |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Bank of America | ☐ D ☑ E/F ☐ G |
| | | Chase | ☐ D ☑ E/F ☐ G |
| | | Citi | ☐ D ☑ E/F ☐ G |
| | | Elan Financial Services | ☐ D ☑ E/F ☐ G |
| | | Elan Financial Services | ☐ D ☑ E/F ☐ G |
| | | RKL LLP | ☐ D ☑ E/F ☐ G |
| | | Emprise Bank | ☑ D ☐ E/F ☐ G |
| | | 168th and Dodge LP | ☐ D ☑ E/F ☐ G |
| | | Pleasant Ridge Town Center LLC | ☐ D ☑ E/F ☐ G |
| | | WebBank | ☐ D ☑ E/F ☐ G |
| | | Emprise Bank | ☑ D ☐ E/F ☐ G |
| | | The District Shops LLC | ☐ D ☑ E/F ☐ G |
| | | Do More NWA LLC | ☐ D ☑ E/F ☐ G |

## ■ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | BCA Capital Partners LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | Benton County Collector | ☐ D<br>☑ E/F<br>☐ G |
| | | | Airgas USA LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | | Questec Arkansas LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | | Austin Cryo Ventures | ☐ D<br>☑ E/F<br>☐ G |
| | | | AFCO | ☐ D<br>☑ E/F<br>☐ G |
| | | | Pulaski County Treasurer | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Ingrid Drake | 129 S Dellrose Ave<br>Street<br><br>Wichita, KS 67218-1409<br>City      State      ZIP Code | 168th and Dodge LP | ☐ D<br>☑ E/F<br>☐ G |
| | | | Gross Welch Marks Clare | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Jeffrey Drake | 129 S Dellrose<br>Street<br><br>Wichita, KS 67218<br>City      State      ZIP Code | Elan Financial Services | ☐ D<br>☑ E/F<br>☐ G |
| | | | Elan Financial Services | ☐ D<br>☑ E/F<br>☐ G |
| | | | Waterfront Commercial Properties LLC | ☐ D<br>☐ E/F<br>☑ G |
| | | | Elan Financial Services | ☐ D<br>☑ E/F<br>☐ G |
| | | | Emprise Bank | ☑ D<br>☐ E/F<br>☐ G |

Case 25-10864    Doc# 1    Filed 08/18/25    Page 49 of 58

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **168th and Dodge LP** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Pleasant Ridge Town Center LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **WebBank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Lendronline LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Emprise Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Restore Franchising LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **BCA Capital Partners LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Waterfront Commercial Properties LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **NCMIC Finance Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Gross Welch Marks Clare** | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case 25-10864    Doc# 1    Filed 08/18/25    Page 50 of 58

Fill in this information to identify the case:

Debtor name _____**DR Innovations LLC**_____

United States Bankruptcy Court for the:

_____**District of Kansas**_____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................

   | $85,333.16 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..............................................................................

   | $85,333.16 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,342,677.27 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................

   | $1,937.89 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

   | + $611,495.09 |

4. **Total liabilities**................................................................................................................

   Lines 2 + 3a + 3b

   | $1,956,110.25 |

**Fill in this information to identify the case:**

Debtor name **DR Innovations LLC**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/18/2025__
             MM/ DD/ YYYY

**X** **/s/ Jeffrey L. Drake**
Signature of individual signing on behalf of debtor

**Jeffrey L. Drake**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
## District of Kansas

**In re**    DR Innovations LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................ **$25,000.00**

Prior to the filing of this statement I have received ........................................................... **$25,000.00**

Balance Due ........................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d. The amount listed above is the retainer amount only. A portion of these funds were spent at or prior to filing on the attorney fees, credit report, and court filing fee. Fees are billed at $450/hr by David Prelle Eron; and $315/hr by January M. Bailey, and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court. Hourly rates may increase annually consistent with rates charged to all clients of the Firm. Fee applications will be filed for all fees incurred during the case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____08/18/2025_____                    _____/s/ January M Bailey_____
*Date*                                             January M Bailey
                                                   *Signature of Attorney*

                                                   Bar Number: 23926
                                                   Prelle Eron & Bailey, P.A.
                                                   301 N Main St Ste 2000
                                                   Wichita, KS 67202-4820
                                                   Phone: (316) 262-5500
                                                   Fax: (316) 262-5559

                                                   _____Prelle Eron & Bailey, P.A._____
                                                   *Name of law firm*

Date:   _____08/18/2025_____            _____/s/ Jeffrey L. Drake_____
                                                   **Jeffrey L. Drake**

168th and Dodge LP
PO Box 92277
Las Vegas NV 891932277

AFCO
150 N Field Drive Ste 190
Lake Forest IL 60045

Airgas USA LLC
31 N Peoria Ave
Saint Charles AR 72140

Alyna Matthews
12325 W Lynndale St
Wichita KS 672351042

Amanda Roy
1818 E Elk Ridge Ave
Goddard KS 67052

American Express
PO Box 6031
Carol Stream IL 601976031

Amtrust Financial Services Inc
59 Maiden Ln 42nd Fl
New York NY 10038

Andrew Roy
1818 E Elk Ridge Ave
Goddard KS 67052

Austin Cryo Ventures
3601 S Congress Ave Suite C200
Austin TX 78704

Bank of America
PO Box 15796
Wilmington DE 198865796

BCA Capital Partners LLC
Attn Officer or Agent
Registered Agents Inc 116 Agnes Rd Ste 200
Knoxville TN 37919

BCA Capital Partners LLC
100 Oceanside Dr
Nashville TN 372042351

Benton County Collector
2113 W Walnut St
Rogers AR 72756

Brian Schmitz
7356 E Gabriel St
Bel Aire KS 672267682

Ceterus
804 Meeting Street
Charleston SC 29403

Chase
PO Box 6294
Carol Stream IL 601976294

Cienna Holland
2145 E 12th
Wellington KS 67152

Citi
Citibusiness Card
PO Box 4175
Carol Stream IL 601974175

Commercial Acceptance Company
2300 Gettysburg Rd Ste 102
Camp Hill PA 170110000

Corporation Service Company
PO Box 2576
Springfield IL 627080000

Corporation Service Company
1100 SW Wanamaker Rd Ste 103
Topeka KS 666040000

Credit Control LLC
PO Box 488
Hazelwood MO 630420000

David Brown DDS
13310 E Mainsgate St Ste B
Wichita KS 672288077

Delaney Davis
712 S Belmont St
Wichita KS 67218

Do More NWA LLC
14058 Sugar Creek Rd
Rogers AR 727560000

DR Innovations AR LLC
129 S Dellrose Ave
Wichita KS 672181409

Elan Financial Services
PO Box 790408
Saint Louis MO 631790408

Elan Financial Services
PO Box 108
Saint Louis MO 631660108

Emprise Bank
Attn Officer
257 N Broadway St
Wichita KS 672020000

Fleeson Gooing
Attorneys at Law
PO Box 997
Wichita KS 672010997

Gross Welch Marks Clare
1500 Omaha Tower
2120 S 72nd St
Pratt KS 67124

Ingrid Drake
129 S Dellrose Ave
Wichita KS 672181409

Internal Revenue Service
PO Box 7346
Philadelphia PA 191017346

Jeffrey Drake
129 S Dellrose
Wichita KS 67218

Julian Guerra
15315 W Talopa Circle
Goddard KS 670520000

Kailee Stucky
7272 E 37th St N Apt 409
Wichita KS 67226

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka KS 666033182

Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 666012005

Kelly Mellinger
9804 E 19th St N
Wichita KS 67206

Lauren Light
600 W Slate St
Andover KS 67002

Lendronline LLC
Attn Officer or Agent
Timothy Roach
670 N Clark St Ste 200
Chicago IL 606540000

Lucia Galindo
4723 N Armstrong
Wichita KS 67204

Macey Chinn
1128 Ohio St
Augusta KS 670101553

Makayla Ehnke
2201 E MacArthur Rd Lot C5
Wichita KS 67216

Marcella Rabinovich
Attorney at Law
100 Merrick Rd Ste 212
Rockville Centre NY 11570

Marianna Hodge
9425 W Central Ave
Wichita KS 672123838

Martin Leasing Corp dba PEAC
Solutions
300 Fellowship Rd
Mount Laurel NJ 08054

McGrath North Mullin Kratz PC
LLO
1601 Dodge St Ste 3700
Omaha NE 68102

Midwest Single Source
PO Box 49380
Wichita KS 672010000

Morris Laing Law Firm
Attn Karl Swartz
300 N Mead Ste 200
Wichita KS 67202

Nancy Ortiz
1819 Drollinger St
Wichita KS 672184705

NCMIC Finance Corporation
Attn Officer or Agent
Corporation Service Company
1100 SW Wanamaker Rd Ste 103
Topeka KS 66604

Pleasant Ridge Town Center LLC
11601 Pleasant Ridge Rd Ste 30
Little Rock AR 722120000

Pulaski County Treasurer
201 S Broadway Ste 150
Little Rock AR 72201

Questec Arkansas LLC
1215 B ESI Dr
Springdale AR 72764

Restore Franchising LLC
4301 W William Cannon Dr Bldg 2 Ste
B146
Austin TX 78749

RKL LLP
1800 Fruitville Pike
Lancaster PA 176010000

RMP Attorneys at Law
11601 Pleasant Ridge Rd Ste 10
Little Rock AR 722120000

Sarah Ortiz
1621 N Kentucky Ln
Wichita KS 67235

Sunrise Credit Services Inc
PO Box 9004
Melville NY 117479004

Surency Life and Health
PO Box 843810
Kansas City MO 641843810

The District Shops LLC
14000 Kirk Rd Ste 110
Little Rock AR 722230000

US Attorney Wichita
301 N Main
1200 Epic Center
Wichita KS 67202

US Small Business Administration
District Counsel
10675 Bedford Ave Ste 100
Omaha NE 681343605

Waterfront Commercial Properties
LLC
1223 N Rock Rd Bldg H Ste 200
Wichita KS 67206

Webbank
co CAN Capital Inc
1850 Parkway Pl Ste 1150
Marietta GA 300670000

WebBank
Attn Officer
215 S State St Ste 1000
Salt Lake City UT 841110000

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE: **DR Innovations LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **08/18/2025**   Signature       **/s/ Jeffrey L. Drake**

                                       Jeffrey L. Drake, Managing Member